RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2017 MAR -7  AM 9: 45
JAMES W. McCORMACK
BY:_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 07 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:17CV131-JLH-BD

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Thomas Wilson
ADC # 161140
Address: P.O. Box 1000 - Wrightsville, Ar 72183-1000

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Christopher Carter
Position: Deputy Prosecuting Attorney.
Place of employment: Prosecuting Attorney - 14th. Judicial district.
Address: 112 East Rush St. - Harrison, Ar 72601

Name of defendant: Lisa - unknown last name?
Position: Boone County Jail - Transporting officer.
Place of employment: Boone County Jail - Sheriff office.

This case assigned to District Judge Holmes
and to Magistrate Judge Deere

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2

☐   Court (if federal court, name the district; if state court, name the county): _____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: **ADC, Wrightsville Unit.**

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____   in jail and still awaiting trial on pending criminal charges

__X__   serving a sentence as a result of a judgment of conviction

_____   in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _X_   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

3

Yes _X_   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Claim for false imprisonment is as follows: No documents were produced by Mr. Cater or Jailer (Lisa) to show cause on why I should have been confined longer than what the Judge Stated. The Judges orders were blaintly disregarded and the prosecuting Attorney (mr. Carter) took it upon himself to undo the Judges orders and implament his own. A Hapeas Corpus had to be filed by myself in oder to undo what mr. Carter had done.

What was done: Deliberate indifference. I put in a request to Lisa around the first week of December, Because the 5th, of December was the last court date for Judge Webb, Before the Holidays. I asked Lisa when is my release date was.

4

That's when Lisa told me about the phone call with Christopher Carter.

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive damages - $1,500 a day for false imprisonment. $102,000.00 for violating my 5th, 8th, 14th Amendment Rights, And Lost wages.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 3 day of March, 2017.

Thomas Wilson.

_____
Signature(s) of plaintiff(s)

Revised 05/02/05                                                   5

United States District Court
for the
District of Arkansas.

How was it Deliberate:
When Mr. Carter called the Jail, Lisa should have requested Mr. Carter for some legal documents to show cause to hold me beyond my released date. Lisa failed to do so.

Whos fault was it:
Mr. Carter failing to comply with court procedure and filing document through the courts in a timely manner to show cause to hold me in Jail beyond my release date, And not Providing Lisa with proper documents to hold me in Jail As for Lisa, Not asking Mr. Carter for court documents to show cause to keep me beyond my release date.

Why was it Done:
During Court on November 5th, 2014. Mr. Carter kept on arguing with Judge G. Webb about the maximum sentence of my offence, The debate was rather to give me 120 days or 180 days in Jail. I believe that Mr. Carter wanted it his way.

Did I bring this up to them:
Yes, I filed numerous requests and grievances and got no responces. I filed a Habeas Corpus that brought me back to court on January 23rd. 2015. Therefore I believe that Mr. Carter willingly and Unlawfully Kept me in Jail beyond a court order. I believe that Mr. Carter Violated my 5th, 8th, 14th Amendment Rights. (5th. Due Process, 8th. Cruel and unusual Punishment, 14th. Due Process, Liberty.)